IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEWEY BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00313-TES-MSH |
| | * |
| THE STATE OF GEORGIA UNION, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 29, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of February, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk